

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00548-CR

Nicolas C. **FLORES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 355026
The Honorable Liza Rodriguez, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on February 24, 2014. This court granted the State's first motion for an extension of time to file the brief until March 26, 2014. On March 28, 2014, the State filed its brief and a second motion for an extension of time to file its brief.

The State's motion is GRANTED; its brief is deemed timely filed. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court